UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:12cr137-FDW |
| v. | ORDER TO SEAL INDICTMENT |
| CHRISTOPHER DAMONT GIVENS | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrant, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

**IT IS HEREBY ORDERED** that Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed until further Order of this Court.

This 17 day of April, 2012.

DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE